IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

L.L., FATHER OF G. L., A
MINOR CHILD,

      Appellant,

v.

DEPARTMENT OF CHILDREN
AND FAMILIES,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-1819

Opinion filed August 15, 2014.

An appeal from the Circuit Court for Clay County.
Don H. Lester, Judge.

Michael A. Tupper of Tupper Law, P.A., Jacksonville, for Appellant.

Ward L. Metzger, Appellate Counsel, Department of Children and Families, Jacksonville; and Kelley Schaeffer, Appellate Counsel, Guardian ad Litem Program, Sanford, for Appellee.

PER CURIAM.

      AFFIRMED.

VAN NORTWICK, WETHERELL, and MAKAR, JJ., CONCUR.